Concur — Stevens, J. P., Eager, Steuer, Rabin and McNally, JJ.

MARY PARKE, Respondent, v. CITY OF NEW YORK, Defendant, and 217 HAVEN AVENUE CORP., Appellant.

Concur — Stevens, J. P., Eager, Steuer and McGivern, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHANIEL WILLIAMS, Appellant

Concur — Stevens, J. P., Eager, Steuer and McGivern, JJ.

SHAY-BRETT, INC., Respondent, v. B. HAROLD ERSKINE et al., Appellants.—